*Monday, April 26, 1999*

## MOTION DOCKET

**99–157.   Cincinnati Bar Assn. v. Bailey.**
Upon consideration of respondent's motion to strike motion for order to show cause,

IT IS ORDERED by the court that the motion to strike be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, *sua sponte*, that respondent may file a response to the motion for order to show cause within ten days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**99–79.   Springs v. Donofrio.**
In Procedendo.   This cause originated in this court on the filing of a complaint for a writ of procedendo.   It appears from the records of this court that relator has not filed a merit brief, due April 1, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

*Wednesday, April 28, 1999*

## MERIT DOCKET

**99–568.   Raifsnyder v. Wilkerson.**
In Habeas Corpus.   *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.